

The following constitutes the order of the court.
Signed April 24, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Twila Lankford,<br><br>　　　　Debtor.<br><br>Twila Lankford,<br><br>　　　　Plaintiff,<br>　v.<br><br>Lavette Lankford and Trecine Lankford,<br><br>　　　　Defendants. | Case No. 17-43041<br>Chapter 11<br><br>Adv. Pro. No. 18-04057 |

## MEMORANDUM REGARDING LETTER

On April 17, 2018, Defendant Lavette Lankford ("Ms. Lankford") filed a document titled *Dispute and Contest* ("the Letter") (doc. 12). The Letter asks the Court to continue to July the status conference set for May 2, 2018. The Court set the status conference for reasons specified in the *Order Extending Time to Answer Complaint* ("the Order") (doc. 8). Ms. Lankford's persistence in conducting her affairs in these proceedings through ex parte letters submitted to the Court lends further support to the need for that status conference.

As the Court has indicated previously, submitting letters to the Court without notice to opposing parties is not effective. The status conference on May 2 is for the benefit of all parties

but especially to Ms. Lankford who apparently risks much if she does not appear in this Court either personally or through counsel. The Order instructed Ms. Lankford to appear at the May 2 hearing, and the Order stands. Additionally, the Court will not respond to further ex parte communications from Ms. Lankford.

**\*END OF MEMORANDUM\***

## Court Service List

**Lavette Lankford**
5704 Los Angeles Street
Oakland, CA 94608


**Trecine Lankford**
5708 Los Angeles Street
Oakland, CA 94608