

The following constitutes the order of the court.
Signed August 28, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Twila Lankford,<br><br>                   Debtor.<br><br>Twila Lankford,<br><br>                   Plaintiff,<br>   v.<br><br>Lavette Lankford and Trecine Lankford,<br><br>                   Defendants. | Case No. 17-43041 WJL<br>Chapter 11<br><br>Adv. Pro. No. 18-04057 |

**MEMORANDUM REGARDING MOTION TO DISMISS**

     On August 17, 2018, Defendant filed a *Motion to Dismiss Adversary Proceeding* ("the Motion") (doc. 26). The Motion recounts many of the accusations Defendant has made via letters to this Court on several other occasions. The Court has repeatedly attempted to communicate to Defendant that filing such documents is neither helpful nor legally effective. Nonetheless, Defendant persists, and the Court will reiterate that filing handwritten documents without following proper procedure is neither helpful to this Court nor, ultimately, to Defendant.

More particularly, the Court notes that (1) the Defendant has previously filed an Answer to the Complaint (doc. 19), so a "Motion to Dismiss" the Complaint may not ordinarily be granted, (2) the Motion was not noticed for hearing as required by the Bankruptcy Local Rules, and (3) the Motion simply does not resolve the primary issue to be resolved in this lawsuit: whether Plaintiff Twila Lankford has any legal interest in the subject property. To the extent that the Motion alleges facts that might be probative of that issue, such facts cannot be "proven" in the context of a Motion to Dismiss and are highly likely to be disputed in any event.

Further, to the extent that Defendant believes that Plaintiff is guilty of some criminal violations under California state law, the Court reminds Defendant that this is not a criminal court. If Defendant wishes to pursue such accusations, she should seek out the appropriate forum, which is not this Court.

**\*END OF MEMORANDUM\***

**Court Service List**

**Lavette Lankford**
5704 Los Angeles Street
Oakland, CA 94608


**Trecine Lankford**
5708 Los Angeles Street
Oakland, CA 94608