LAW OFFICES OF MATTHEW J. WEBB
1382 "A" Street
Hayward, CA 94541
510-444-4224

Attorneys for Defendant,
Lavette Lankford

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWILA LASHWN LANKFORD, | Case No. 17-43041 WJL 11 |
| Plaintiff, | Adv. Pro. No. 18-04057 |
| v. | **SUBSTITUTION OF ATTORNEY** |
| LAVETTE LANKFORD, TRECINE LANKFORD, | |
| Defendants. | |

1. The Pro per party making this substitution is Lavette Lankford.

2. The name, address, telephone and fax numbers, and email address of the Pro per party is:

   Lavette Lankford
   5704 Los Angeles Street
   Emeryville, CA 94608
   (510) 200-2078
   Pro Per.

3. The Pro per party appears in the adversary case.

4. The former attorney is substituted out as attorney of record in place and stead of the Pro per party:

SUBSTITUTION OF ATTORNEY                    1

```
 1   Matthew J. Webb, Esq. SBN 148228
     Law Offices of Matthew J. Webb
 2   1382 A Street
     Hayward, CA 94541
 3   Telephone: (510) 444-4224
     Fax: (510) 444-4223.
 4
 5   Party:
 6   Dated: December 7, 2018                    _____
                                                Lavette Lankford
 7
 8   Former Attorney:
 9   I consent to the above substitution.
10
11
     Dated: December 10, 2018                   _____
12                                              Matthew J. Webb, Esq.
```

SUBSTITUTION OF ATTORNEY                    2