# Lawrence L. Szabo

Attorney at Law
3608 Grand Avenue
Oakland, CA 94610
szabo@sbcglobal.net
Telephone: 510/834-4893  Facs: 510/834-9220

Date: November 14, 2018

To: The Hon. William J. Lafferty
Re: *Lankford v. Lankford,* Adv. Proc. No. 18-04057

Your Honor:

I report pursuant to the court's request on the status of the above-referenced matter.

On the afternoon of December 18, 2018, I spoke via telephone with Trecinna Lankford-Abundis. I asked her when she would provide me with documents that Defendant Lavette Lankford intended to offer into evidence. Ms. Lankford-Abundis responded that she could not provide me with documents that she did not have. She stated that she would gather documents and provide them to me on December 21, 2019. I asked Ms. Lankford-Abundis to send me an e-mail to confirm her response. Attached is a copy of the email I received from Ms. Lankford-Abundis. I have not received any documents from Ms. Lankford-Abundis as of the close of business, today.

Plaintiff requests that the Court continue the trial to the next available date after December 26, 2018. I am available on any date after December 26, 2018, except for the morning of January 2, 2019, all of January 7, 2019, and the afternoon of January 9, 2019.

Plaintiff is concerned that another month of rents will be collected by Defendant Lavette Lankford, and that on Page 1 of Doc #50, filed December 14, 2018, Lavette Lankford states: "Matt Webb told me to stop paying the house note."

Respectfully,

/s/ *Lawrence L. Szabo*
Lawrence L. Szabo
Attorney for Twila McEachin Lankford, Plaintiff


cc: Trecinna Lankford-Abundis, via email: *tlabundis@gmail.com*

| | | |
|---|---|---|
| **From:** | Trecinna Lankford-Abundis tlabundis@gmail.com |  |
| **Subject:** | Re: Lankford v. Lankford Case - Meet and Confer | |
| **Date:** | December 18, 2018 at 8:33 PM | |
| **To:** | Lawrence Szabo szabo@sbcglobal.net | |

Mr. Szabo,

Thank you for speaking with me this afternoon. I am doing my best to gather and submit the necessary documents to you per the judge's request. Although I live out of town, I am working diligently to gather all documents. Please expect a follow up no later than Friday, December 21st,

Thank you for your patience in this matter,

Trecinna Lankford-Abundis

**Trecinna Lankford-Abundis**
tlabundis@gmail.com
(510) 698-2925

"Stand - Be Boundless, Limitless, Timeless." Trecinna

**This moment is overflowing with unlimited possibilities**