Entered on Docket
January 10, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: January 10, 2019

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Twila McEachin Lankford,<br><br>        Debtor.<br>_____<br><br>Twila McEachin Lankford,<br><br>        Plaintiff<br><br>   v.<br><br>Lavette Lankford and Trecine Lankford,<br><br>        Defendants. | Case No. 17-43041 WJL<br>Chapter 11<br><br>Adversary Proceeding No. 18-04057<br><br>**ORDER AFTER TRIAL**<br><br>**TRIAL HELD**:<br><br>**January 8, 2019**<br>9:00 a.m.<br>United States Bankruptcy Court<br>1300 Clay Street, Courtroom 220<br>Oakland, CA 94612 |

**ORDER AFTER TRIAL**

On January 8, 2019, the Court held trial in the above-captioned adversary proceeding. The appearances made at trial were noted on the record. Trial concluded, and for the reasons stated on the record, IT IS ORDERED THAT:

(1) Defendants and Counsel for Plaintiff shall each file a post trial brief on or before the end-of-day on **Tuesday, January 15, 2019.** The matter will then be taken under submission.

(2) Upon review of the parties' briefs, the Court will schedule a status conference for the purpose of delivering an oral ruling. The parties will be notified of the date and time of the status conference by written order.

Accordingly, the Court again reminds all parties that Bankruptcy Local Rule 1001-2 mandates that any party whose address changes while an action is pending promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.

(3) The status conference in the associated bankruptcy case, Case No. 17-43041 WJL, is continued accordingly. The status conference in the associated bankruptcy case will commence at the conclusion of the above-referenced status conference re oral ruling.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Twila McEachin Lankford
1016 Arlington Avenue
Oakland, CA 94608

Lavette Lankford
2116 High Street, Apt. 7
Oakland, CA 94601

Lavette Lankford
5704 Los Angeles Street
Oakland, CA 94608

Trecine Lankford
5708 Los Angeles Street
Oakland, CA 94608

Matthew J. Webb
Law Offices of Matthew J. Webb
1382 A St.
Hayward, CA 94541