LAWRENCE L. SZABO, #83974
Attorney at Law
3608 Grand Avenue
Oakland, CA 94610
(510) 834-4893
szabo@sbcglobal.net

Attorney for Plaintiff
TWILA McEACHIN LANKFORD

The following constitutes the order of the Court.
Signed: January 29, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | |
| TWILA McEACHIN LANKFORD, | Case No. 17-43041 WJL 11 |
| Debtor. | Chapter 11 |
| TWILA McEACHIN LANKFORD, | Adv. No. 18-04057 |
| Plaintiff, | |
| v. | |
| LAVETTE LANKFORD and TRECINE LANKFORD, | |
| Defendants. | |

**ORDER AFTER ORAL RULING**

This proceeding came before the court on Plaintiff Twila McEachin Lankford's "Complaint for Turnover of Property of the Estate and for Order Authorizing Sale of Co-Owners' Interests in Property of the Estate" [Doc # 1] against Defendants Lavette Lankford and Trecine Lankford, the Honorable William J. Lafferty, United States Bankruptcy Judge, presiding. Trial of the matter was held December 17, 2108, January 3, 2019, and January 8, 2019. Plaintiff appeared by and through her attorney, Lawrence L. Szabo. Defendant Lavette Lankford appeared *in propria persona*. The Court entered the default of Defendant Trecine Lankford, who failed to plead or otherwise defend Plaintiff's Complaint.

Having considered the evidence and the argument of the parties and having orally stated its findings of fact and conclusions of law on the record pursuant to Fed. Rule Bank. Proc., Rule 7052, the court hereby

ORDERS:

1. On the first cause of action of Plaintiff's Complaint under 11 U.S.C. § 542, that Defendants Lavette Lankford and Trecine Lankford, and their agents, servants, employees, and other persons in active concert or participation with them, turn over to Plaintiff, Twila McEachin Lankford,

    a. possession of the land, and the existing fittings and fixtures attached to the land, situated in the City of Oakland, Alameda County, State of California, commonly known as 2116-2118 High Street, Oakland, California (hereinafter, "the Property"), and more particularly described as:

> Lot 15, 16, 55, and 56, in Block "C", Map of Fruitvale Boulevard Tract, filed March 2, 1905, Map Book 20, at page 33, Alameda County Records.
> A.P.N: 032-2047-025-02;

    b. all keys, access codes, fixtures and personal property used in operating the Property;

    c. all financial and management records for the Property, written or electronic, including books, ledgers, spreadsheets, contracts, bills, tax records and financial account statements;

    d. all rental or lease agreements with tenants of the Property;

    e. the most recent invoices for utilities serving the Property, including PG&E, EBMUD, and Waste Management.

    f. all information about insurance coverage for the Property;

    g. all rents, security deposits and prepaid rents for the Property.

2. On the second cause of action of the Complaint under 11 U.S.C. §363(h), that Plaintiff Twila Lankford, in her capacity of debtor in possession, may sell the interest of her bankruptcy estate in the Property together with the interests of Defendants Lavette Lankford and Trecine Lankford in the Property, pursuant to 11 U.S.C. 363(b) and 363(h).

3. That pursuant to Plaintiff Twila McEachin Lankford's application for approval of the

employment of a property manager for the Property, Twila McEachin Lankford, debtor in possession, is authorized to employ DeAnna Elaine Baldridge as manager for the Property on the terms and condition set forth in her application for employment.

***END OF ORDER***

**COURT SERVICE LIST**

**Defendant:**
Lavette Lankford
2116 High Street, Apt#7
Oakland, CA 94601-4351

**Defendant:**
Trecine Lankford
5708 Los Angeles Street
Oakland, CA 94608-2722

**Attorney for Defendant Lavette Lankford:**
Mario A. Moya
Moya Law Firm
1300 Clay St., Ste 600
Oakland, CA 94612-1427