# Lawrence L. Szabo

Attorney at Law
3608 Grand Avenue
Oakland, CA 94610
Telephone: 510/834-4893 FAX: 510/834-9220

February 21, 2019

Honorable Judge William J. Lafferty

Re: Lankford v. Lankford
Chapter 11 Adversary Case #18-04057

Your Honor:

Pursuant to the Court's request on February 20, 2019. I submit the dates I am available to participate in judicial mediation regarding the above referenced case:

February 28, 2019
March 1, 2019
March 4, 2019
March 5, 2019
March 6, 2019
March 7, 2019
March 8, 2019
March 11, 2019
March 12, 2019
March 14, 2019
March 15, 2019

Sincerely,

Lawrence L. Szabo
Attorney for Twila M. Lankford