

1300 Clay St., Suite 600
Oakland, California 94612
Tel: 510.926.6521 | Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

**Via Hand Filing**

February 21, 2019

The Hon. William J. Lafferty III
Courtroom 220
1300 Clay Street, Suite 600
Oakland, CA 94612

    Re:    **Availability for Mediation**
              *Lankford v. Lankford*, 4:18-ap-04057 (Bank. N.D.Cal.)

FILED
FEB 2 1 2019
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Dear Judge Lafferty:

    Pursuant to the Court's request on February 20, 2019 and in light of Mr. Szabo's correspondence on February 21, counsel for Lavette Lankford submits the following availability for mediation regarding the above-referenced adversary proceeding. The dates in bold are preferred dates (to accommodate the work schedule of Lavette Lankford's representative, Trecinna Lankford), however, we will make any of the below dates work if necessary to accommodate the schedules of all participants.

Monday, March 4
**Tuesday, March 5**
**Wednesday, March 6**
Monday, March 11
Thursday, March 14
**Friday, March 15**
Monday, March 18
**Tuesday, March 19**
Thursday, March 21
**Friday, March 22**

Respectfully submitted,

Rebecca M. Hoberg, Esq.
Moya Law Firm