Entered on Docket
March 22, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: March 22, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TWILA MCEACHIN LANKFORD,<br><br>   Debtor(s). | Case No. 17-43041 WJL<br>Chapter 11 |
| TWILA MCEACHIN LANKFORD,<br><br>   Plaintiff,<br><br>v.<br><br>LAVETTE LANKFORD,<br><br>   Defendant. | Adversary No. 18-04057<br><br>**SETTLEMENT CONFERENCE ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that:

1.   The parties will participate in a settlement conference before the Honorable Charles Novack on **March 27, 2019** beginning at **9:00 a.m.**

The settlement conference will begin in Courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California and will proceed as determined by the settlement judge. Individuals attending the conference must present government-issued picture identification before entering the bankruptcy court. The settlement conference will not be postponed absent leave of the

1

settlement judge.

2. Each party shall lodge a Settlement Conference Statement with the chambers of the settlement judge no later than **4:00 p.m.** on **March 25, 2019.** Counsel should email Settlement Conference Statements (not to exceed ten pages) to Laura_Dripps@canb.uscourts.gov. Settlement Conference Statements <u>should not</u> be exchanged or filed with the Clerk of the Court.

3. The Settlement Conference Statement shall contain:

    (a) A brief statement of the facts, specifying which facts the parties agree upon and which major facts remain in dispute;

    (b) A brief statement of the claims and defenses, with citation of particular statutory or other authority which is controlling in the matter;

    (c) The specific relief sought;

    (d) An estimate of the cost and time to be expended for further discovery, pre-trial and trial;

    (e) The history of past settlement discussions, including disclosure of prior and any presently outstanding offers and demands;

    (f) Any presently scheduled dates for a further status conference, pretrial conference, or for trial; and

    (g) Copies of any governing contracts or other documents which are central to the case.

4. The parties should be prepared to present orally to the settlement judge a forthright evaluation of the likelihood of prevailing on claims and defenses. The person or persons having full authority to settle the matter shall appear at the settlement conference unless excused for good cause shown on written application received by the settlement judge.

5. The settlement conference will not conclude absent leave of the settlement judge, who may continue the conference from time to time at the judge's discretion. The settlement judge may issue any order deemed appropriate to facilitate settlement or the expeditious resolution of the dispute. **Parties and their counsel should be prepared to remain beyond normal business hours if necessary; travel arrangements should be flexible and alternative arrangements should be**

**made for routine personal and family commitments. The settlement judge will not normally excuse parties or counsel except in the case of emergency or extreme inconvenience.**

6. The parties must make a good faith attempt to settle the matter before the settlement conference. The parties shall exchange written settlement offers (which shall include a factual and legal analysis supporting their demands) by **March 25, 2019.**

\* \* \* END OF ORDER \* \* \*

Adversary No. 18-04057

**COURT SERVICE LIST**

All recipients are ECF participants.